## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD SMITH and CAROL
SMITH, Individually and on behalf of
those similarly situated,

            Plaintiffs,

     v.

RADIAN SETTLEMENT SERVICES,
INC., and SHAWN P. MURPHY,

          Defendants.

No. 4:23-CV-1652

(Chief Judge Brann)

### ORDER

**FEBRUARY 16, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants Radian Settlement Services, Inc.'s and Shawn P. Murphy's Motion to Dismiss (Doc. 14) is **GRANTED**.

2. Count I of the Complaint is **DISMISSED WITH PREJUDICE**.

3. Counts II and III of the Complaint are **DISMISSED WITHOUT PREJUDICE**.

4. Plaintiffs Edward and Carol Smith may file an Amended Complaint by March 1, 2024.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge