IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD SMITH and CAROL SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>RADIAN SETTLEMENT SERVICES, INC. and SHAWN P. MURPHY,<br><br>Defendants. | No. 4:23-CV-01652<br><br>(Chief Judge Brann) |

## ORDER

**MARCH 13, 2024**

Plaintiffs Edward Smith and Carol Smith initiated this litigation on behalf of themselves and others similarly situated with the filing of a Class Action Complaint against Defendants Radian Settlement Services Inc. and Shawn P. Murphy on October 4, 2023.[1] In their Complaint, Plaintiffs brought claims under the Pennsylvania Revised Uniform Law on Notarial Acts (Count I), and for unjust enrichment (Count II) and violations of Pennsylvania's Unfair Trade Practices and Consumer Protection Law (Count III). On February 16, 2024, the Court granted Defendants' Motion to Dismiss and allowed Plaintiffs to file an Amended by March 1, 2024.[2] No Amended Complaint has been filed to date.

---

[1] Compl., Doc. 1.
[2] Feb. 16, 2024 Ord., Doc. 27.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to **CLOSE** this case.

                    BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge